**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Dana Alan Hudson |
| Debtor 2 (Spouse, if filing) | Karen Renea Hudson |
| United States Bankruptcy Court for the: | District of Colorado (State) |
| Case number | 16-19124 |

# Form 4100R
# Response to Notice of Final Cure Payment

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust

**Last 4 digits** of any number you use to identify the debtor's account: 6 4 4 3

**Court claim no.** (if known): 7

**Property address:** 3426 S. Ouray Way
Number    Street

Aurora    CO    80013
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 12 / 01 / 2019
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____

c. **Total**. Add lines a and b.   (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   ___ / ___ / ___
MM / DD / YYYY

| Debtor 1 | Dana and Karen Hudson | Case number (*if known*) 16-19124 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ David W. Drake
Signature

Date 11/18/2019

Print: David W. Drake
First Name   Middle Name   Last Name

Title: Attorney for Creditor

Company: Randall S. Miller & Associates, PC-CO

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 216 16th Street, Suite 1210
Number   Street

Denver   CO   80202
City   State   ZIP Code

Contact phone (248) 335 – 9200

Email bankrupcty@rsmalaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:
Dana Alan Hudson,      Case No: 16-19124-JGR
Karen Renea Hudson,      Chapter: 13
Debtors.

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the **Response to Notice of Final Cure Payment** was mailed by U.S. Mail, first class postage prepaid, on November 19, 2019 addressed to:

Debtors
Dana Alan Hudson
Karen Renea Hudson
3426 S. Ouray Way
Aurora, CO 80013
***VIA REGULAR MAIL***

Debtors' Attorney
Stephen E. Berken
1159 Delaware Street
Denver, CO 80204
***VIA ECF***

Chapter 13 Trustee
Douglas B. Kiel
7100 E Belleview Avenue
Suite 300
Greenwood Village, CO 80111
***VIA ECF***

**RANDALL S. MILLER & ASSOCIATES, P.C.**
*/s/ Matthew Grubba*
Matthew Grubba
Attorneys for Creditor